UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

FAITH VINNEDGE,

    Plaintiff,

v.                                             Case No. 16-C-482

CAROLYN COLVIN,

    Defendant.

---

# ORDER

Plaintiff has filed an action seeking review of the decision of the Commissioner of Social Security. Ordinarily, a plaintiff must pay a statutory filing fee of $350 to bring an action in federal court. 28 U.S.C. § 1914(a). Plaintiff, however, has requested leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915.

Plaintiff filed the required affidavit of indigence. Upon review of that affidavit, it appears that plaintiff is unable to pay the filing fee. Accordingly, the motion to proceed *in forma pauperis* is **GRANTED.**

**IT IS FURTHER ORDERED** that the clerk shall serve a copy of the complaint and this order on the Commissioner of Social Security. Plaintiff must provide defendants or their counsel with copies of all future motions or papers filed by the plaintiff in this action.

Dated this 25th day of April, 2016.

                                                       /s William C. Griesbach
                                                     William C. Griesbach, Chief Judge
                                                     United States District Court